FILED
November 2, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     MR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) DANIEL AVILA JR<br>(2) STEVIE CIARA BOOKOUT<br><br>Defendants | **Case No: SA:22-CR-00576-OLG**<br><br>**I N D I C T M E N T**<br><br>**COUNT 1:**<br>Vio. 18 U.S.C. § 1708 Possession of Stolen Mail;<br><br>**COUNT 2**:<br>Vio. 18 U.S.C. § 1704 Stealing Keys or Locks Adopted by the Post Office; and<br><br>**COUNT 3**:<br>Vio. 18 U.S.C. § 1707 Theft of Property Used by Postal Service; |

THE GRAND JURY CHARGES:

**COUNT ONE**
[18 U.S.C. §1708]

On or about January 19, 2022, in the Western District of Texas, Defendant,

(1) DANIEL AVILA, JR. and
(2) STEVIE CIARA BOOKOUT,

did unlawfully have in his and her possession, approximately 300 pieces of mail matter which had been stolen, taken, embezzled and abstracted from mail receptacles which were authorized depositories for mail matter, knowing the said mail matter was stolen, taken, embezzled and abstracted from authorized depositories for mail matter, in violation of Title 18 United States Code, Sections 1708.

**COUNT TWO**
[18 U.S.C. §1704]

On or about the July 5, 2022, in the Western District of Texas, Defendant,

(1) DANIEL AVILA, JR. and
(2) STEVIE CIARA BOOKOUT,

did steal and purloin from the Post Office located at 22610 Central Prairie, San Antonio, Bexar County, Texas, a key suited to locks adopted by the Postal Service and in use on a receptacle for the deposit of mail matter, in violation of Title 18 United States Code, Section 1704.

**COUNT THREE**
[18 U.S.C. §1707]

On or about the July 5, 2022, in the Western District of Texas, Defendant,

(1) DANIEL AVILA, JR. and
(2) STEVIE CIARA BOOKOUT,

did steal and purloin and appropriate to a use other than its proper use property used by the Postal Service, that is a Mailbox Receptacle, said property having a value in excess of $1000.00, in violation of Title 18, United States Code, Section 1707.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
For PRISCILLA GARCIA
Assistant U.S. Attorney